# Court of Appeals
# of the State of Georgia

ATLANTA, ___May 06, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A1426.  DOUGLAS J. DAVIS v. LEVERAGE MANAGEMENT GROUP, LLC.

In this action for damages, the trial court entered an order awarding attorney fees and expenses to the defendants in the amount of $1,536.20, pursuant to OCGA § 9-15-14. Douglas J. Davis and his law firm, Belli, Weil, Grosbean & Davis, were ordered to pay the fees. Davis filed a direct appeal from the order, but we lack jurisdiction.

Appeals from orders awarding attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Davis's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, __05/06/2014__
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____ , Clerk.